July 30, 1982.

448 A.2d 1181

Bertig v. Von Myering, etc., Appellant.

Argued May 19, 1982. Patrick J. Shannon, for appellant; Howard M. Louik, submitted a brief on behalf of appellee.

606

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment affirmed.